X FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 1 8 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# SEALED

1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

9

| United States of America, | CR08-1359 PHX -GMS (CDKD) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | |
| Christopher Loring Walters, Matthew Thomas Purse, | VIO: 18 U.S.C. §§ 371 and 2 (Conspiracy) Count 1 |
| Defendants. | 18 U.S.C. §§ 1341 and 2 (Mail Fraud) Counts 2-12 |

VIO:  18 U.S.C. §§ 371 and 2
(Conspiracy)
Count 1

18 U.S.C. §§ 1341 and 2
(Mail Fraud)
Counts 2-12

18 U.S.C. §§ 1343 and 2
(Wire Fraud)
Counts 13-17

18 U.S.C. §§ 2319(b)(1) and 2
17 U.S.C. § 506(a)(1)(A)
(Criminal Copyright Infringement)
Count 18

18 U.S.C. §§ 2318(a)(1)(B),
(a)(2), (c)(2), ( c)(3)(B), ( c)(4)
and 2
(Trafficking in Counterfeit Labels,
Packaging or Containers)
Count 19

18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2) and (b)(1)
18 U.S.C. § 2323
17 U.S.C. §§ 506(b) and 509((b)
21 U.S.C. § 853
28 U.S.C. § 2461(c)
Fed. R. Crim P. 32.2(a)
(Criminal Forfeiture)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE GRAND JURY CHARGES:

### Introduction

At all times material to this Indictment:

1. Defendant CHRISTOPHER LORING WALTERS resided in the greater metropolitan area of Phoenix, Arizona, from at least on or about September, 2004, through at least on or about February, 2006. During this time period, defendant WALTERS used, among others, the alias Steven Adams, and created and used false and fraudulent identification documentation under that name in furtherance of the conspiracy and schemes to defraud. To further the conspiracy and schemes to defraud, defendant WALTERS also used, among others, the following names and entities: SoftwareDiner.com, Thesoftwareyard.com, Argyleequity.com, Eagletronics.com, Tekdealer.com, Maranello Trust, PAW Investments, LLC, Markus Hamilton, LLC, Paul Richardson, LLC, and Turrett, LLC.

2. Defendant MATTHEW THOMAS PURSE resided in the greater metropolitan area of Phoenix, Arizona, from at least on or about September, 2004, through at least on or about February, 2006. To further the conspiracy and schemes to defraud, defendant PURSE also used, among others, the following names and entities: SoftwareDiner.com, Thesoftwareyard.com, Argyleequity.com, Eagletronics.com, Tekdealer.com, Maranello Trust, PAW Investments, LLC, Markus Hamilton, LLC, Paul Richardson, LLC, and Turrett, LLC.

### COUNT 1

### (Conspiracy)

3. The factual allegations in paragraphs 1-2 above are realleged and incorporated herein by reference as though set forth fully herein.

4. Beginning at a time unknown to the Grand Jury, but at least as early as on or about November, 2003, and continuing through at least on or about February, 2006, the exact dates being unknown to the Grand Jury, in the District of Arizona and elsewhere, defendants CHRISTOPHER LORING WALTERS and MATTHEW THOMAS PURSE, doing business as or operating under the names of SoftwareDiner.com, Thesoftwareyard.com, Argyleequity.com,

2

Eagletronics.com, Tekdealer.com, Maranello Trust, PAW Investments, LLC, Markus Hamilton, LLC, Paul Richardson, LLC, and Turrett, LLC, and others, did knowingly and willfully agree and conspire with each other and others, known and unknown to the Grand Jury, to commit one or more of the following offenses against the United States:

        a.     Title 18, United States Code, Section 1341 (Mail Fraud);

        b.     Title 18, United States Code, Section 1343 (Wire Fraud);

        c.     Title 18, United States Code, Section 2318 (Trafficking in Counterfeit Labels, Packaging and Containers);

        d.     Title 18, United States Code, Section 2319 (Criminal Copyright Infringement); and

        e.     Title 18, United States Code, Section 2320 (Trafficking in Counterfeit Goods).

## Objects of the Conspiracy and Schemes to Defraud

5. The objects of the conspiracy and schemes to defraud were:

        a.     to produce unauthorized and counterfeited copies of legitimate copyrighted software;

        b.     to fraudulently sell and distribute this counterfeited software through various Internet locations and Web sites created and operated by defendants; and

        c.     to profit financially from the sale and distribution of counterfeit software.

## Means and Manner of the Conspiracy and Schemes to Defraud

6. The manner and means used by the defendants, and others known and unknown to the Grand Jury, through the entities, Web sites or Internet locations described above, to effect the objects of the conspiracy and the schemes and artifices to defraud, included the following:

        a.     Defendants created various eBay merchant accounts or other commercial Web sites from which to sell and distribute counterfeit software;

        b.     Defendants advertised or marketed, on various Internet listings or Web

locations, that they had access to or were authorized distributors of various brand name software from companies such as Acronis, Apple, Corel, FWB, Intego, Intuit, Macromedia, McAfee, Norton, Pinnacle, Roxio, Sage, Symantec, Webroot, and many other software companies.

c.     Defendants claimed they carried an inventory of legitimate software products from these brand name software companies;

d.     Defendants offered victim-consumers these veiled counterfeited software products (i.e., bait and switch) at greatly discounted or reduced prices from the prices offered at well-known retail and wholesale outlets;

e.     Defendants established bank accounts and credit card processing accounts with various financial institutions in order to process victim credit card purchases of counterfeit software;

f.     Defendants acquired software duplicating equipment to mass produce and label counterfeit copies cloned from legitimate brand name software;

g.     Defendants bought or acquired legitimate versions of copyrighted software from which to create their stock of counterfeit software;

h.     Defendants attempted to package, brand and mark the counterfeit software in the manner and way it was marketed and labeled by the actual software companies;

i.     Defendants distributed their counterfeit software to victims through the mails and other private commercial carriers;

j.     Defendants periodically changed Web sites, bank accounts, and business addresses to avoid detection from law enforcement and nullify consumer and third party complaints;

k.     Defendants further deceived victims by falsely telling victims that the serial, registration and authorization numbers were legitimate, which lulled victims and delayed consumer complaints and refund requests; and

4

l.    During the scope of the conspiracy and schemes to defraud, there were more than 8,000 victim-purchasers of the counterfeited software produced by defendants. The individual victim-purchasers were defrauded of more than $500,000.00. Defendants infringed the copyright and trademark rights of more than 30 victim-entities, involving in excess of 200 protected works of intellectual property.

### Overt Acts

7. In furtherance of the aforesaid conspiracy and schemes and artifices to defraud, and to effect the objects of the conspiracy, the defendants and others known and unknown to the Grand Jury, through the entities and Internet locations listed above, committed or caused to be committed the following overt acts, among others, in the District of Arizona and elsewhere:

a.    The following overt acts, among others, were committed:

(1)    On or about March 8, 2004, victim NRM of Wray, Colorado was sent one counterfeit Intuit QuickBooks Basic 2004 CD.

(2)    On or about April 7, 2004, victim CS of Fenton, Missouri was sent one counterfeit Intuit QuickBooks Basic 2003 CD.

(3)    On or about April 26, 2004, victim BPG of Bethesda, Maryland was sent one counterfeit Intuit QuickBooks Pro 6.0 for Mac 2004 CD.

(4)    On or about May 13, 2004, victim DK of Landover, Maryland was sent two counterfeit Intuit QuickBooks Pro 2004 CDs.

(5)    On or about August 4, 2004, defendant PURSE opened Compass Bank account XXXXXX8387, under the name of PAW Investments, LLC, in Phoenix, Arizona to receive credit card processing payments for counterfeit software being sold on the Internet under the company names Thesoftwareyard.com, Eagletronics.com, and Argyleequity.com.

(6)    On or about August 9, 2004, defendant WALTERS opened Compass Bank account XXXXXX4726 using his Florida Drivers License

(#W43611280350-0) and an address of 18338 NW 67th Avenue, #38D, Miami, Florida 33015. Defendant WALTERS used a false Social Security number in the bank application.

(7)   On or about August 9, 2004, victim TW of Rocklin, California was sent one counterfeit Intuit QuickBooks Pro 2004 CD.

(8)   On or about August 24, 2004, victim JM of Paonia, Colorado was sent one counterfeit Intuit QuickBooks Basis 2003 CD.

(9)   On or about August 30, 2004, victim JJL of Berthoud, Colorado was sent 10 counterfeit Sage Act 6.0 for Windows CDs and 10 counterfeit Sage Act Palm OS CDs.

(10)   On or about September 13, 2004, defendant WALTERS opened P.O. Box 6485 in Chandler, Arizona.

(11)   On or about November 30, 2004, defendant WALTERS, using the alias Steve Adams, established merchant account XXXXXXXXXXXX9335 at Cynergy Data (nka Fast Transact) using the address of 18520 NW 67th Avenue, #351, Miami, Florida 33015. Defendant WALTERS established this merchant account for SoftwareDiner.com. The merchant account application was completed by defendant WALTERS using a false Social Security number.

(12)   On or about December 14, 2004, defendant WALTERS opened Compass Bank Account No. XXXXXX6880, to be used for Turrett, LLC, under the name of defendant WALTERS as Managing Member and using P.O. Box 6485, Chandler, Arizona 33015 as his address. The bank application was completed by defendant WALTERS using a false Tax Identification number for the entity.

(13)   On or about January 17, 2005, defendant WALTERS opened private mail box 221, located at the CMRA, dba The UPS Store, 1900 West

6

1    Chandler, #15, Chandler, Arizona.

2    (14)    On or about January 25, 2005, defendant PURSE opened P.O. Box
3            60632 in Phoenix, Arizona 85082. Additional names listed on the
4            application were Steve Adams, Brett Siegel, SofwareDiner, PAW
5            Investments, LLC, and TekDealers, LLC.

6    (15)    On or about March 15, 2005, defendant WALTERS, using the alias
7            Steven Adams, provided a bogus apartment lease to Cynergy Data (nka
8            Fast Transact) listing his address as 1900 West Chandler Blvd, 15-221,
9            Chandler, Arizona 85224.

10   (16)    On or about March 23, 2005, defendant WALTERS added the names
11           Steve Adams and SoftwareDiner.com to the Chandler, Arizona P.O.
12           Box 6485.

13   (17)    On or about March 24, 2005, an undercover purchase of Intuit's
14           Quicken Premier Home and Business 2004 was attempted from the
15           Web site SoftwareDiner.com. A counterfeit version of that software
16           was mailed instead.

17   (18)    On or about March 26, 2005, defendant WALTERS opened Card
18           Service International Merchant Account XXXXXXXX2384 for Turrett,
19           LLC, using the address of 1900 West Chandler Blvd, #1522, Chandler,
20           Arizona 85224.

21   (19)    On or about March 29, 2005, an undercover purchase of Intuit's
22           Quicken Deluxe 2005, Ouicken Personal Lawyer 2003, Best Software
23           Act 6.0 2004, and Act! For Palm OS, was attempted from the Web site
24           SoftwareDiner.com. Counterfeit versions of these software products
25           were mailed instead.

26   (20)    On or about May 20, 2005, defendant WALTERS, using the alias
27           Steven Adams, opened an account for SoftwareDiner with Stamps.com.

28

(21) On or about August 10, 2005, defendant WALTERS opened Compass Bank Account XXXXXX8158 for Markus Hamilton, LLC, using the address of P.O. Box 61485, Chandler, Arizona 85224. The bank application was completed by defendant WALTERS using a false Tax Identification number for the entity.

(22) On or about September 7, 2005, victim JLT of Kaysville, Utah was charged for and sent a counterfeit copy of Apple iWorks '05.

(23) On or about September 28, 2005, victim JAM of Sacramento, California was charged for and sent counterfeit copies of Sage Act Palm OS and Sage Act 6.0 for Windows.

(24) On or about October 1, 2005, victim KJ of Renton, Washington was charged for and sent a counterfeit copy of Acronis True Image 8.0.

(25) On or about October 18, 2005, defendant WALTERS opened private mail box 363, located at the CMRA, dba The UPS Store, 1739 East Broadway Road, Tempe, Arizona 85282, using the names Turrett, LLC and Chris Walters, and listing his home address as 1900 West Chandler, #221, Chandler, Arizona 85224.

(26) On or about October 18, 2005, victim GY of San Antonio, Texas was charged for and sent a counterfeit copy of Intuit QuickBooks Pro 2005.

(27) On or about November 11, 2005, defendant WALTERS opened Compass Bank Account XXXXXX6675 for Paul Richardson, LLC, using the address of P.O. Box 6485, Chandler, Arizona 85224. The bank application was completed by defendant WALTERS using a false tax identification number for the entity.

(28) On or about November 18, 2005, victim GP of Bovey, Minnesota was charged for and sent a counterfeit copy of Intuit QuickBooks Basic 2005.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(29)    On or about November 18, 2005, victim KJ of Poway, California was charged for and sent a counterfeit copy of Intuit's QuickBooks Pro for Mac 2005.

(30)    On or about February 1, 2006, defendant PURSE renewed the rent on P.O. Box 60632 in Phoenix, Arizona 85082.

In violation of Title 18, United States Code, Sections 371 and 2.

## COUNTS 2 THROUGH 12

### (Mail Fraud)

8.   The factual allegations in paragraphs 1-7 of the Indictment are incorporated by reference and realleged as though set forth fully herein.

9.   Beginning at a time unknown to the Grand Jury, but at least as early as on or about November, 2003, and continuing through at least on or about February, 2006, the exact dates being unknown to the Grand Jury, in the District of Arizona and elsewhere, defendants CHRISTOPHER LORING WALTERS and MATTHEW THOMAS PURSE, doing business as or operating under the names of SoftwareDiner.com, Thesoftwareyard.com, Argyleequity.com, Eagletronics.com, Tekdealer.com, Maranello Trust, PAW Investments, LLC, Markus Hamilton, LLC, Paul Richardson, LLC, and Turrett, LLC, and others, did knowingly and willfully devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent promises, pretenses and representations.

10.   On or about the dates listed below, in the District of Arizona and elsewhere, for the purpose of executing and attempting to execute said scheme and artifice to defraud and to obtain money by means of materially false and fraudulent promises, pretenses and representations, defendants CHRISTOPHER LORING WALTERS and MATTHEW THOMAS PURSE, doing business as or operating under the names of SoftwareDiner.com, Thesoftwareyard.com, Argyleequity.com, Eagletronics.com, Tekdealer.com, Maranello Trust, PAW Investments, LLC, Markus Hamilton, LLC, Paul Richardson, LLC, and Turrett, LLC, and others known and unknown to the Grand Jury, placed and caused to be placed in a post office and authorized

9

depository for mail matter, to be sent and delivered by the United States Postal Service, and
deposited and caused to be deposited for delivery by commercial interstate carriers, as shown
below for each Count, the software identified in each Count, from the Phoenix, Arizona
metropolitan area, to the locations set forth in the chart below, each such instance being a
separate Count of this Indictment:

| Ct | Mail Date | Item Mailed | Sent From | Sent To | Carrier |
|---|---|---|---|---|---|
| 2 | 03/08/2004 | 1/ Intuit (QuickBooks Basic 2004) | Tempe, AZ 85282 | [NRM] Wray, CO | USPS |
| 3 | 04/07/2004 | 1/ Intuit (QuickBooks Basic 2003) | Tempe, AZ 85282 | [CS] Fenton, MO | USPS |
| 4 | 04/26/2004 | 2/ Intuit (QuickBooks Pro for Mac 2004) | Tempe, AZ 85282 | [BPG] Besthesda, MD | USPS |
| 5 | 05/13/2004 | 2/Intuit (QuickBooks Pro 2004) | Tempe, AZ 85282 | [DK] Landover, MD | USPS |
| 6 | 08/09/2004 | 1/Intuit (QuickBooks Pro 2004) | Phx., AZ 85026 | [TW] Rocklin, CA | USPS |
| 7 | 08/24/2004 | 1/Intuit (QuickBooks Basic 2003) | Phx., AZ 85026 | [JM] Paonia, CO | USPS |
| 8 | 08/30/2004 | 10/Sage (Act 6.0 for Windows) 10/Sage (Act Palm OS) | Phx., AZ 85026 | [JJL] Berthoud, CO | USPS |
| 9 | 03/24/2005 | 1/Intuit (Quicken Premier Home and Business 2004) | Chandler, AZ 85224 | [KDH] Sun City, AZ | USPS |

| 10 | 03/29/2005 | 1/Intuit (Quicken 2005 Deluxe 1/Intuit (Quicken Personal Lawyer 2003) 1/Sage Software (Act 2004 6.0) 1/Sage Act! for Palm OS | Chandler AZ 85224 | [PMS] Phoenix, AZ | USPS |
|----|------------|------------------------------------------------------------------------------------------------------------------------------|-------------------|------------------|------|
| 11 | 09/28/2005 | 12/Sage (Act for Palm OS) 11/Sage (Act 6.0 for Windows) | Chandler, AZ 85224 | [JAM] Sacramento, CA | USPS |
| 12 | 11/23/2005 | 1/Intuit (QuickBooks Basic 2005) | Chandler, AZ 85224 | [GP] Bovey, MN | USPS |

In violation of Title 18, United States Code, Sections 1341 and 2.

## **COUNTS 13 THROUGH 17**

### **(Wire Fraud)**

11.  The factual allegations in paragraphs 1-10 of the Indictment are incorporated by reference and realleged as though set forth fully herein.

12.  Beginning at a time unknown to the Grand Jury, but at least as early as on or about November, 2003, and continuing through at least on or about February, 2006, the exact dates being unknown to the Grand Jury, in the District of Arizona and elsewhere, defendants CHRISTOPHER LORING WALTERS and MATTHEW THOMAS PURSE, doing business as or operating under the names of SoftwareDiner.com, Thesoftwareyard.com, Argyleequity.com, Eagletronics.com, Tekdealer.com, Maranello Trust, PAW Investments, LLC, Markus Hamilton, LLC, Paul Richardson, LLC, and Turrett, LLC, and others, did knowingly and willfully devise

11

and intend to devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent promises, pretenses and representations.

13. On or about the dates listed below, in the District of Arizona and elsewhere, for the purpose of executing and attempting to execute said scheme and artifice to defraud and to obtain money by means of materially false and fraudulent promises, pretenses and representations, defendants CHRISTOPHER LORING WALTERS and MATTHEW THOMAS PURSE, doing business as or operating under the names of SoftwareDiner.com, Thesoftwareyard.com, Argyleequity.com, Eagletronics.com, Tekdealer.com, Maranello Trust, PAW Investments, LLC, Markus Hamilton, LLC, Paul Richardson, LLC, and Turrett, LLC, and others known and unknown to the Grand Jury, transmitted or caused to be transmitted by means of wire communication in interstate commerce, the following writings, signs, signals, pictures, or sounds, as shown below for each Count, from victim financial institutions to a financial institutions in the District of Arizona, each such instance being a separate Count of this Indictment:

| Ct | Date | Description |
|----|------|-------------|
| 13 | 09/07/2005 | Visa credit card charge of $53.94 from victim JLT of Kaysville, Utah, on merchant account XXXXXXXX2384, for the purchase of a counterfeit copy of Apple iWorks '05. |
| 14 | 10/01/2005 | Mastercard credit card charge of $26.94 from victim KJ of Renton, Washington, on merchant account XXXXXXXX2384, for the purchase of a counterfeit copy of Acronis True Image 8.0. |
| 15 | 10/18/2005 | Visa credit card charge of $83.94 from victim GY of San Antonio, Texas, on merchant account XXXXXXXX2384, for the purchase of a counterfeit copy of Intuit QuickBooks Pro 2005. |
| 16 | 11/18/2005 | Mastercard credit card charge of $127.88 from victim GP of Bovey, Minnesota, on merchant account XXXXXXXX2384, for the purchase of a counterfeit copy of Intuit QuickBooks Basic 2005. |
| 17 | 11/18/2005 | Mastercard credit card charge of $28.94 from victim KJ of Poway, California, on merchant account XXXXXXXX2384, for the purchase of a counterfeit copy of Intuit QuickBooks Pro for Mac 2005. |

In violation of Title 18, United States Code, Sections 1343 and 2.

12

1

## COUNT 18

2

### (Criminal Copyright Infringement)

3      14. The factual allegations in paragraphs 1-13 of the Indictment are incorporated by

4  reference and realleged as though set forth fully herein.

5      15.  Beginning at a time unknown to the Grand Jury, but at least as early as on or about

6  November, 2003, and continuing through at least on or about February, 2006, the exact dates

7  being unknown to the Grand Jury, in the District of Arizona and elsewhere, defendants

8  CHRISTOPHER LORING WALTERS and MATTHEW THOMAS PURSE, doing business as

9  or operating under the names of SoftwareDiner.com, Thesoftwareyard.com, Argyleequity.com,

10 Eagletronics.com, Tekdealer.com, Maranello Trust, PAW Investments, LLC, Markus Hamilton,

11 LLC, Paul Richardson, LLC, and Turrett, LLC., and others, did knowingly and willfully infringe

12 the copyrights of copyrighted works, that is computer software, for the purpose of commercial

13 advantage and private financial gain, by the reproduction and distribution, during a 180-day

14 period from July 1, 2005 to December 28, 2005, of at least ten copies of one or more copyrighted

15 works, which had a total retail value of more than $2500.00, and which had not been the subject

16 of a first sale and were not lawfully made, including, but not limited to, the copyrighted works

17 set forth below:

18              Apple iLife '05
                Apple iWorks 2005
19              Corel Draw 12 Graphics Suite
                Intuit QuickBooks Basic 2005
20              Intuit QuickBooks Pro 2005
                Intuit QuickBooks Pro for Mac 2005
21              Intuit QuickBooks Pro for Mac 6.0
                Intuit Quicken Basic 2005
22              Intuit Quicken Premier Home and Business 2005
                Intuit Turbo Tax Business 2004
23              Intuit Turbo Tax Deluxe 2004
                Intuit Turbo Tax Premier 2004
24              Intuit Turbo Tax Premier Home and Business
                Intuit Turbo Tax Premier Home and Business 2003
25              Macromedia FlashMX Professional 2004
                McAfee QuickClean 2005 (Version 5.0)
26              Norton Ghost 2003
                Norton Internet Security 2003 Professional Edition
27              Pinnacle Studio Version 8

28                                    13

1   Roxio Easy CD/DVD Creator Basic Edition
    Roxio PhotoSuite 7 Platinum
2   Sage Act 6.0 for Windows
    Sage Act Palm OS
3   Symantec Norton Internet Security 3.0
    WordPerfect Office 11
4   WordPerfect Office 12

5   In violation of Title 17, United States Code, Section 506(a)(1)(A), and Title 18, United

6   States Code, Sections 2319(b)(1) and 2.

7                              **COUNT 19**

8         **(Trafficking in Counterfeit Labels, Packaging or Containers)**

9         16.   The factual allegations in paragraphs 1-15 of the Indictment are incorporated by

10  reference and realleged as though set forth fully herein.

11        17.   Beginning at a time unknown to the Grand Jury, but at least as early as on or about

12  November, 2003, and continuing through at least on or about February, 2006, the exact dates

13  being unknown to the Grand Jury, in the District of Arizona and elsewhere, defendants

14  CHRISTOPHER LORING WALTERS and MATTHEW THOMAS PURSE, doing business as

15  or operating under the names of SoftwareDiner.com, Thesoftwareyard.com, Argyleequity.com,

16  Eagletronics.com, Tekdealer.com, Maranello Trust, PAW Investments, LLC, Markus Hamilton,

17  LLC, Paul Richardson, LLC, and Turrett, LLC, and others, did knowingly distribute and traffic

18  in, through the United States Postal Service, counterfeit labels, packages, and containers, affixed

19  to and designed to be affixed to, counterfeit copies of copyrighted software programs, including,

20  but not limited to, the copyrighted works set forth below:

21                  Acronis True Image 8.0
                    Allume Systems Aquazone
22                  Apple iLife '05
                    Apple iWorks 2005
23                  Corel Draw 12
                    Corel Draw 12 Graphics Suite
24                  Corel Draw 12 Upgrade
                    Corel Paint Shop Pro 8
25                  Corel WordPerfect Office 11
                    Corel WordPerfect Office 12
26                  Encore Broderbund Forbes.com WillWriter Deluxe 2005
                    Encore Marine Aquarium 2.0
27                  InterVideo WinDVD Player 6 Platinum

28                                      14

Intuit QuickBooks Basic 2003
Intuit QuickBooks Basic 2004
Intuit QuickBooks Basic 2005
Intuit QuickBooks Customer Manager
Intuit QuickBooks Premier 2004
Intuit QuickBooks Pro 2004
Intuit QuickBooks Pro 2005
Intuit QuickBooks Pro for Mac 2004
Intuit QuickBooks Pro for Mac 2005
Intuit QuickBooks Pro for Mac 6.0
Intuit QuickBooks Simple Start
Intuit Quicken Basic 2005
Intuit Quicken Deluxe 2005
Intuit Quicken Deluxe 2006
Intuit Quicken Personal Lawyer 2003
Intuit Quicken Premier Home and Business 2004
Intuit Quicken Premier Home and Business 2005
Intuit Turbo Tax Business 2004
Intuit Turbo Tax Deluxe 2004
Intuit Turbo Tax Premier 2004
Intuit Turbo Tax Premier 2005
Intuit Turbo Tax Premier Home and Business
Intuit Turbo Tax Premier Home and Business 2003
Intuit Turbo Tax Premier Home and Business 2004
Macromedia Dream Weaver MX
Macromedia FlashMX Professional 2004
Macromedia Flash Professional 2004
McAfee QuickClean 2005 (Version 5.0)
Norton Ghost 2003
Norton Internet Security 2003 Professional Edition
Pinnacle Instant CD/DVD 8.0
Pinnacle Studio Version 8
Quicken Will Maker Plus 2005
Roxio Content
Roxio Easy CD/DVD Creator Basic Edition
Roxio CD/DVD Creator 6
Roxio Easy Media Creator 7.5
Roxio PhotoSuite 7 Platinum
Roxio VideoWave 7 Professional
Sage Act 6.0 for Windows
Sage Act Palm OS
ScanSoft Dragon Naturally Speaking 6 Standard
ScanSoft OmniPage Pro 14
SelectSoft Publishing Ocean Aquarium 3D
Symantec Norton Internet Security 3.0
Vcom Copy Commander Version 7.05
White Canyon Software Wipe Drive
WordPerfect Office 11
WordPerfect Office 12

In violation of Title 18, United States Code, Sections 2318(a)(1)(B), (a)(2), (c)(2), (c)(3)(B) and (c)(4) and 2.

15

1

## FORFEITURE ALLEGATIONS

2      18.   The factual allegations in paragraphs 1-17 of the Indictment are incorporated by

3 reference and realleged as though set forth fully herein.

4      19.   Pursuant to 28 U.S.C. § 2461(c); 17 U.S.C. § 506(b); and 18 U.S.C. § 2323 [or

5 former statute 17 U.S.C. § 509], the property described in this paragraph is subject to forfeiture

6 pursuant to 18 U.S.C. § 981(a)(1)(C) [incorporating 18 U.S.C. § 1956(c)(7), which, in turn,

7 incorporates 18 U.S.C. § 1961(1)], 18 U.S.C. § 982(a)(2), and, as a result of committing one or

8 more of the offenses charged above in Counts 1 through 19, upon conviction, the Court shall

9 order that the defendants so convicted to forfeit to the United States, any real or personal

10 property:

11           (A)   involving any article, the making or trafficking of which is, prohibited

12                 under 17 U.S.C. § 506;

13           (B)   used or intended to be used to commit, facilitate, or promote the

14                 commission of these offenses; and

15           (C)   constituting, derived from, or traceable to the gross proceeds obtained

16                 directly or indirectly as a result of these offenses.

17      All in accordance with Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2),

18 Title 17, United States Code, Sections 506(b) and 509(b), Title 18, United States Code, Section

19 2323, Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal rules of Criminal

20 Procedure.

21      20.   If, as a result of any act or omission of defendants CHRISTOPHER LORING

22 WALTERS and MATTHEW THOMAS PURSE, any of the above-described forfeitable

23 property:

24           (A)   cannot be located upon the exercise of due diligence;

25           (B)   has been transferred or sold to, or deposited with a third party;

26           (C)   has been placed beyond the jurisdiction of the court;

27           (D)   has been substantially diminished in value; or

28

16

1    (E)  has been commingled with other property which cannot be divided without

2       difficulty;

3 it is the intent of the United States to seek forfeiture of any other property of said defendants up

4 to the value of the above-described property, in the approximate amount of $750,000.00 (money

5 judgement amount), pursuant to Title 18 United States Code, Sections 982(b)(1) and 2323, each

6 of which incorporate the provisions of Title 21 United States Code, Section 853 [excluding

7 paragraph (d)].

8

             A TRUE BILL

9

10

                /S/

11            FOREPERSON OF THE GRAND JURY

             Date: November 18, 2008

12

13 DIANE J. HUMETEWA

  United States Attorney

14 District of Arizona

15

16   /S/

  PETER SEXTON

17 Assistant U.S. Attorney

18

19

20

21

22

23

24

25

26

27

28         17