PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF ARIZONA

```
FILED        LODGED
RECEIVED     COPY

JUN 1 9 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES OF AMERICA

v.                                                            Crim. No. 08CR01359-002-PHX-GMS

MATTHEW THOMAS PURSE

On 4/11/2011 the above named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

*Andrea A. Holguin*  
Andrea Holguin  
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 13th day of June, 2013.

*H. Murray Snow*  
The Honorable G. Murray Snow  
United States District Judge